16 MISC 226

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

IN RE NONJUDICIAL CIVIL                :   STIPULATION AND ORDER
FORFEITURE PROCEEDING REGARDING
$32,470.00 IN UNITED STATES            :   16 Misc.
CURRENCY SEIZED ON OR ABOUT
December 18, 2015                      :

                                       :

                                       :

- - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6-14-16

   WHEREAS, on or about December 18, 2015, the United States Postal Service seized a Priority express mail parcel containing $32,470.00 in United States currency (the "Seized Currency"); and

   WHEREAS, the United States Postal Service ("USPS") initiated an administrative forfeiture action against the Seized Currency by serving notice of the action and advertising the seizure; and

   WHEREAS, on or about March 11, 2016, USPS received a claim from Christopher Coote, in the administrative forfeiture action, asserting ownership of the Seized Currency and opposing the forfeiture;

1

WHEREAS, USPS subsequently referred the matter to the United States Attorney's Office for judicial forfeiture;

WHEREAS, no other party has claimed an interest in the Seized Currency;

WHEREAS, Title 18, United States Code, Section, 983(a)(3)(A) provides that, "[n]ot later than 90 days after a claim has been filed, the Government shall file a complaint for forfeiture in the manner set forth in the Supplemental Rules for Certain Admiralty and Maritime Claims or return the property pending the filing of a complaint, except that a Court in the district in which the complaint will be filed may extend the period for filing a complaint for good cause shown or upon agreement of the parties";

WHEREAS, pursuant to Title 18, United States Code, Section, 983(a)(3), the United States is required to file a civil complaint to forfeit the Seized Funds no later than June13, 2016;

WHEREAS, the Government, by and through Assistant United States Attorney Noah Falk, and Claimant, Christopher Coote, by and through his attorney, Richard A. Portale, Esq., are discussing a possible disposition of this case;

WHEREAS, Christopher Coote, through counsel, has consented to an extension of the deadline for the Government to

file a complaint against the Seized Currency in order to continue those discussions; and

WHEREAS, the Government requests an extension of 30 days to file a complaint from June 13, 2016 to July 13, 2016;

[SPACE INTENTIONALLY LEFT BLACK]

NOW, THEREFORE, IT IS HEREBY ORDERED, upon agreement of the aforementioned parties and pursuant to Title 18, United States Code, Section 983(a)(3)(A), that the time in which the Government is required to file a complaint for forfeiture of the Seized Currency is extended from June 13, 2016, up to and including July 13, 2016.

AGREED AND CONSENTED TO:

PREET BHARARA
United States Attorney for the
Southern District of New York
Attorney for Plaintiff

By: _____     6/13/16
    NOAH FALK                             DATE
    Assistant United States Attorney
    One St. Andrew's Plaza
    New York, New York 10007
    Tel.: (212) 637-1085

CLAIMANT

By: _____     6/13/16
    CHRISTOPHER COOTE                     DATE
    Claimant

By: _____
    RICHARD A. PORTALE, ESQ
    Attorney for Claimant
    Law Offices of Richard A. Portale, P.C.
    11 Martine Avenue, 8th Floor
    White Plains, New York 10606
    Telephone: 914-831-6220

SO ORDERED:

_____          6-14-16
HONORABLE P. KEVIN CASTEL                 DATE
UNITED STATES DISTRICT JUDGE, PART I

4